No. 84, Misc. IN RE BIFIELD ET AL. C. A. 2d Cir. Certiorari denied.

No. 86, Misc. SCHLETTE v. GIBSON, CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 87, Misc. MORGAN v. ANDERSON, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Doub and Samuel D. Slade for respondents.

No. 89, Misc. ISAAC v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin for the United States.

No. 91, Misc. JONES v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 93, Misc. LUCAS v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 94, Misc. McGUIRE v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 95, Misc. TUCKER v. CALIFORNIA ADULT AUTHORITY. Supreme Court of California. Certiorari denied.

No. 96, Misc. TRINKLE v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 97, Misc. BANGHART v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.